UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-6938 SVW (PLA) | Date | October 3, 2011 |
|---|---|---|---|
| Title | Bobrick Washroom Equipment, Inc. v. American Specialties, Inc. | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | Deborah Gackle | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Darius C. Gambino | Henry Shields, Jr. |
| David B. Abel | Adam J. Thurston |

**Proceedings:**   [98]   MOTION for Summary Judgment as to Plaintiff Bobrick Washroom Equipment, Inc.'s First, Second, Third, Fourth, and Fifth Claims for Relief filed by Defendant and Counterclaimant American Specialties, Inc
   [111]   MOTION Pursuant to Rule 56(d) filed by plaintiff Bobrick Washroom Equipment, Inc

The Court heard oral argument on Defendant's Motion For Summary Judgment.  (Dkt. 98). Order to issue.

The Court ORDERS that Defendant's First Amended Counterclaim for False Patent Marking, (see Dkt. 52), is hereby bifurcated.  Accordingly, Plaintiff's Motion to Dismiss Defendant's Counterclaim for False Patent Marking, (Dkt. 126), will not be heard before trial, and Plaintiff's *Ex Parte* Application for Hearing on Shortened Notice, (Dkt. 138), is dismissed as moot.

With respect to the parties' proposed pretrial schedules, (see Dkt. 139), the Court adopts Plaintiff's proposal, with the addition of the following item:

   Oct. 12, 2011 - Both parties may file optional supplemental witness statements, findings of fact, and conclusions of law.  Any such submission should be **concise.**

|  | : | 39 |
|---|---|---|
| | Initials of Preparer | PMC |