# **EXHIBIT 1**

Exhibit A

Resume: Robert M. Frank, Ph.D.

# Robert M. Frank, Ph.D.

4450 South Park Avenue
#1616
Chevy Chase, MD   20815
301-789-7685

bob@illuminor.com

## EDUCATION:

**Ph.D.-University of Missouri-Columbia, 1979**
- Secondary Social Science Education
- Statistics & Research Methodology
- Psychology

**B.S., M.ED., -University of Missouri-Columbia, 1974, 1975**

## AWARDS AND CIVIC PARTICIPATION:

- Recipient, **Honorary Doctorate** of Humane Letters, University of Missouri-St. Louis, December, 2006
- Recipient, Outstanding Achievement Award, University of Missouri – Columbia Alumni, Association, 1998 and  2006
- Recipient, College of Education Dean's Award for the Innovative Uses of Technology in Education and Research Award, University of Missouri - St. Louis, 2006
- Member, INTA Internet Committee, Online Use Sub-Committee, Internet Fraud Working Group, 2010-2011
- Member, INTA Internet Registration Practice and DNS Administration Subcommittee, 2007-2009
- Member, INTA Internet Committee, Online Trademark Use Subcommittee, 2010-2011
- Member, INTA Internet Committee, Online Trademark Use Subcommittee, Internet Fraud Working Group, 2010-2011
- Chair / Co-Chair International Trademark Association US Patent and Trademark Office Automation Sub-committee, 1990-1996
- Co-Chair International Trademark Association Internet Domain Names Task Force, 1991-1993
- Member, Board of Governors, International Trademark Association / Brand Names Education Foundation, 1992-1996
- Member, Texas Angel Investors, 1999-2001
- Member, Development Council, University of Missouri, 1994-1998
- Member, Dean's Cabinet, College of Education, University of Missouri 1994-1998
- Member, National Steering Committee, University of Missouri-Columbia 2000 to present
- Recipient "Outstanding Instructional Professor" awards from University of Missouri and Ithaca College

**RELEVANT EXPERIENCE:**

With more than 25 years experience in the trademark research field, Dr. Frank brings an unmatched wealth of knowledge to cases involving dilution, generic and descriptive trademarks. His research and expert witness services have been used for matters at the U.S. Patent and Trademark Office as well as District Courts in the United States.  Having founded, in 1983, CORSEARCH, Inc. (currently known as CT-CORSEARCH), Dr. Frank has personally completed over 5,000 trademark research reports, has trained over 50 trademark researchers, has developed materials used to train over 100 additional trademark researchers and has reviewed an estimated 45,000 trademark searches. (The purpose of a trademark search report is to identify marks that are potentially confusingly similar to a proposed mark.  Trademark research reports are one of the primary methods used by trademark practitioners to identify third-party uses of a mark.) Dr. Frank has personally designed, developed, configured and maintained proprietary databases specifically intended for searching and retrieving information related to trademarks.

In addition to his work at CORSEARCH, Dr. Frank has been an active member of the International Trademark Association (INTA) since 1985.  He has attended more than 40 seminars, conferences and workshops on trademark-related issues sponsored primarily by INTA as well as organizations such as the Bar Association of the City of New York, The New York State Bar Association, the New Jersey Bar Association and the Dallas Bar Association.  He has served as the co-chair of INTA's Patent and Trademark Office Automation Committee and INTA's Domain Name Task Force.  He also has served as a member of the INTA Internet Registration Practice and DNS Administration Subcommittee and currently serves on the INTA Internet Committee, Online Use Sub-Committee and Internet Fraud Working Group. He has testified and/or reported as an expert witness on trademark-related issues in infringement cases and neither his testimony nor his reports have ever been criticized or excluded by a court.

<u>Prior Testimony</u>

U.S. District Courts:

- Automobile Club of Southern California v The Autoclub, LTD, 05CV-3940, Central District of California, Western Division.  Retained by the Defendant.  Services provided included research, declarations and an expert's report.

- Isymphony Holdings Enterprises LLC v Steverson & Co., Inc. D/B/A ISymphony. 4:07cv870, United States District Court Southern District of Texas, Houston Division.  Retained by the Plaintiff.  Services provided included research, declarations, an Expert's Report and courtroom testimony.

- World Famous Pickle Corp et al v Crossing Delancey Pickle Enterprises Corp Et al, 06-cv11471,  US District Court—New York Southern. Retained by the Plaintiff.  Services provided included research and declarations.

- Medpay v Medpay, 4:07cv1856, United States District Court for the Southern District of Texas—Retained by the Defendant.  Services provided included research and the preparation of a report of findings.

- Xtreme Lashes LLC and Joumana Mousselli v Xtended Beauty Inc. 4:07cv2460, United States District Court Southern District of Texas, Houston Division. Retained by the Plaintiff.  Services provided included research and a declaration of findings.

- The Modern Group, LTD and Offshore Rental, LTD v Tiger Environmental and Rental Services, L.L.C. and Karl Comeaux 106cv0639, United States District Court, Eastern District of Texas, Beaumont Division.  Services provided included research, the preparation of Expert's Report, the preparation of a Rebuttal Report and a Deposition.

- Festival Department Store v Festival Furniture LLC (3:07cv1451), U.S. District Court—Texas Northern Division. Retained by the Plaintiff.  Services included research, the preparation of an Expert's Report and Deposition. My report was filed on April 22, 2008.

- Homax Products, Inc. v. Homax, Inc. (4:08-cv-01560) U.S. District Court for the Southern District of Texas, Houston Division.  Retained by the Defendant.  Services provided included research and the preparation of a rebuttal report.

- National Envelope Corporation and National Envelope-WH LLC v American Pad & Paper Company of Delaware, Inc. and American Pad & Paper LLC. (1:06-CV-12988), U.S. District Court for the Southern District of New York.  Retained by the Defendant.  Services provided included research, site visits, the preparation of two Expert Reports (with DuPont Factors Analysis) the preparation of a rebuttal report and a deposition.

- Maker's Mark Distillery, Inc. v. Diageo North America, Inc., Tequila Cuervo La Rojena S.A. de C.V., Casa Cuervo, S.A. de C.V. and Jose Cuervo International, Inc. (3:03cv93-H) United States District Court, Western District of Kentucky, Louisville Division.  Retained by the Defendant Jose Cuervo International. Services included research, site visits and the preparation of an Expert's Report (with Du Pont Factors Analysis) and a Rebuttal Report.

- Square One Debt Settlement, LLC. v. Square 1 Financial, Inc., United States District Court for the Southern District of Florida. (09cv22157)  Retained by Plaintiff. Services included research and an Expert's Report.

- Bill Me Later, Inc. v. Modasolutions Corporation (1:08cv-00897) United States District Court for the District of Maryland.  Retained by the Defendant.  Services included Internet and proprietary database research, retail store site visits and the preparation of an Expert's Report

- Dry Clean Super Center, Inc. v. KWIK Industries, Inc., United States District Court for the District of Colorado. (08cv578).  Retained by the Plaintiff. Services included Internet and proprietary database research, the preparation of an Expert's Report and deposition testimony.

- Solvi Brands, LLC v. United Brands Company, Inc. (10-cv-02453) United States District Court for the Northern District of Georgia. Retained by the Defendant. Services included Internet and proprietary database research and the preparation of an Expert's Report.

U.S. Patent and Trademark Office:

- Trademark Opposition at the US Patent and Trademark Office for the trademark KATONAH (Serial #78-727052). Retained by the Opposer. Services provided included research.

- Response to a Final Refusal to Register for NORTHPOLE OUTDOORS WITHOUT BORDERS (Serial Number 78815692), U. S. Patent and Trademark Office. Retained by the Applicant. Services included research.

- Trademark Opposition at the US Patent and Trademark Office for the mark ALCAN SPRINGS (Serial # 77-088129) Retained by the Applicant. Services provided included research and a Declaration.

- Trademark Opposition at the US Patent and Trademark Office for the mark ECO SELECT (Serial #77-369300). Retained by Applicant. Research services were provided with respect to the use of the prefix ECO in the water treatment sector.

- Trademark Opposition at the US Patent and Trademark Office for the mark FREEDOM TOWER (Serial Numbers 77023709, 77014817, 77001334 and 77116280). Retained by Opposer. Research services were provided with respect to the use of the mark FREEDOM TOWER.

- Trademark Opposition at the US Patent and Trademark Office against the marks MINERS (Serial Number 77034407) and SOUTHERN ILLINOIS MINERS (Serial Number 77043344). Retained by the Opposer. Services included research, production of an Expert's Report, a Deposition and trial testimony.

- Trademark Opposition at the US Patent and Trademark Office against the mark GIH (Serial Number 77790902). Retained by Opposer. Services included research and the production of an Expert's Report.

- Trademark Oppositions at the US Patent and Trademark Office against the marks BORN STRONGER (Serial Number 77782211) and BORN STRONG (Serial Number 77782195) and BE STRONG (Serial Number (Serial Number 77782193) . Retained by the Opposer. Services included research and the production of Expert's Reports.

*Non-U.S. Trademark Matters*

- Israeli Trademark Office. Petition for Cancellation of Isreali Trademark Registration No. 187385 (Class 16) and Israeli Trademark Registration No. 187386 (Class 42) for the trademark GHI. Retained by the Petitioner. Services included research and the

production of an Expert Declaration.

- Hong Kong Trademark Office. In the Matter of Trademark Application No 301366542 for "GHI" in Classes 16, 36 and 42 in the name of Gemology Headquarters, LLC (the "Applicant") and in the Matter of an Opposition thereto by Gemological Institute of America, Inc. (the "Opponent)

- Canadian Trade-Mark Office, In the Matter of an Opposition to Application Number 1,446,354 for the mark GIH and Application Number 1,348,637 for the mark GHI GEMOLOGY HEADQUARTERS INTERNATIONAL & Design. Retained by the Opposer. Services included research and the production of Expert's Reports

**PROFESSIONAL EXPERIENCE**

| | |
|---|---|
| Illuminor LLC | Chevy Chase, MD |
| President | 2005-present |
| | |
| Bluespan, Inc. | Austin, TX |
| Founder and CEO | 2001-2006 |
| | |
| MSI Holdings / Aperian, Inc. | Austin, TX |
| Chief Operating Office and Executive Vice President | 1999 - 2000 |
| | |
| Corsearch, Inc. | New York, NY |
| Founder, CEO and President | 1983 - 1998 |
| | |
| Tompkins-Cortland Community College | Dryden, NY |
| Director of Institutional Research and Assistant to the President | 1982-1983 |
| | |
| Ithaca College | Ithaca, NY |
| Adjunct Professor | 1982 - 1983 |
| | |
| Cornell University | Ithaca, NY |
| Research Associate and Associate Professor | 1979 - 1981 |
| | |
| University of Missouri-Columbia | Columbia, MO |
| Teaching and Instructional Associate | 1977-1979 |
| | |
| Southern Boone County Schools | Ashland, MO |
| Secondary Social Studies Teacher | 1975-1977 |

**TRADEMARK PUBLICATIONS AND PRESENTATIONS**

- <u>Using the Internet and Online Databases in Likelihood of Confusion, Generic, Descriptive or Dilution Cases,</u> presented at the International Trademark Association Annual Meeting, May, 2011

- <u>Using Expert Witnesses in Likelihood of Confusion, Dilution and Genericness Disputes</u>, presented to Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, August 3, 2010

- <u>Report of Tests Conducted to Uncover Instances of Front-Running on the Internet,</u> Presented to the International Committee—Registration Practice & DNS Administration at the Annual Meeting of the International Trademark Association, May 20, 2008.

- <u>Using Expert Witnesses in Trademark Infringement Litigation</u>, Presented to the Dallas Area Paralegal Association, January 18, 2008

- <u>Cybernames-Domain Name Issues and Conflicts in Cyberspace,</u> Patent and Trademark Institute of Canada, Canadian Intellectual Property Review, Vol. 12, No. 2, August, 1996.

- <u>Final Report--Phase I Report of the INTA Internet Task Force</u> (co-author), The International Trademark Association, July, 1995.

- <u>Much Ado About the Internet (A Primer) An INTA Bulletin Special Report</u> (co-author), The International Trademark Association, February, 1995.

- "Trademarks:  Managing Risk and Asset Value," presented at Intellectual Property Management: Developing a Corporate Intellectual Property Strategy, April 6-7, 1998, New York, NY.

- "The Evolution and Future of Internet Domain Names", American Bar Association Annual Meeting, ABA/YLD Division, August 4, 1996; New York State Bar Association, Intellectual Property Law Section, September 14, 1996.

- "Current Status of Problems Involving Internet Domain Names and Trademark Conflicts", The New Jersey Trademark Circle, Bayonne, New Jersey, February 14, 1996; New York State Bar Intellectual Property Law Association, February 16, 1996.

- "Domain Names and Trademark Infringement", National Science Foundation Conference (*Internet Names, Numbers and Beyond; Issues in the Coordination, Privatization, and Internationalization of the Internet*), The Kennedy School at Annenberg Program Offices, Washington, D.C., November 20, 1995.

**EDUCATIONAL PUBLICATIONS AND PRESENTATIONS**

- Frank, Robert M.  *What I REALLY Learned in College* (Commencement Address, University of Missouri-St. Louis College of Education, December 17, 2006)

- Frank, Robert M.  *Life Skills* (This paper was presented at the 2006 University of Missouri-St. Louis College of Education Alumni Association Awards Banquet, May 5, 2006)

- Frank, Robert M.  *Attribute and Attitude Assessment of Community College Graduates and Leavers*, 1983. (This article was presented at the Annual Meeting of the American Educational Research Association, 67th Annual Meeting, Montreal, Canada)

- Frank, Robert M.  Preparing IEPs for CBVE Programs, <u>Vocational Aspects of Education</u>, V34 n89 p83-87, Dec. 1982. ERIC #EJ 279011

- Frank, Robert M.  *Individualizing Vocational Education*, <u>Vocational Aspects of Education</u>: V33, n84, p1-4, April, 1981. ERIC #EJ 250807.

- Frank, Robert  *Instructional Planning. Final Report.  ISSOE Managing Student Progress*, 1981.  Cornell Institute of Occupational Education, Cornell University, Ithaca, NY  ERIC # ED 217177.

- Dunn, James A., Frank, Robert M.  *ISSOE:  Managing Student Progress. Field Test. Phase I, Final Report*, 1980.  Cornell Institute for Occupational Education, Cornell University, Ithaca, NY  ERIC # ED 199527.

- Dunn, James A., Frank, Robert M., Ridley, Dennis. *Managing ISSOE Programs. Administrative Issues: Technical Report Number One*, 1980. Cornell Institute for Occupational Education, Cornell University, Ithaca, NY  ERIC # ED 194747.

- Dunn, James A., Frank, Robert M., Ridley, Dennis, Carmichael, Mary Margaret, *Developing Student Profiles.  ISSOE: Managing Student Progress,* 1980. Cornell Institute for Occupational Education, Cornell University, Ithaca, NY  ERIC # ED 199517.

- Dunn, James A., Frank, Robert M., Ridley, Dennis, Carmichael, Mary Margaret *Planning Student Progress.  ISSOE: Managing Student Progress,* 1980. Cornell Institute for Occupational Education, Cornell University, Ithaca, NY  ERIC # ED 199518.

- Dunn, James A., Frank, Robert M., Ridley, Dennis, Carmichael, Mary Margaret, *Reporting Student Progress.  ISSOE: Managing Student Progress,* 1980. Cornell Institute for Occupational Education, Cornell University, Ithaca, NY  ERIC # ED 199519.

- Dunn, James A., Frank, Robert M., Ridley, Dennis, Carmichael, Mary Margaret, *Student Decision Making.  ISSOE: Managing Student Progress,* 1980. Cornell Institute for Occupational Education, Cornell University, Ithaca, NY  ERIC # ED 199520.

- Dunn, James A., Frank, Robert M., Ridley, Dennis, Carmichael, Mary Margaret, *System Overview.  ISSOE: Managing Student Progress,* 1980. Cornell Institute for Occupational Education, Cornell University, Ithaca, NY  ERIC # ED 199521.

- Beuke, Vernon; Frank, Robert.  *ISSOE Student Guidance and Development of Personalized Occupational Education Programs. Findings and Recommendations*, 1979. Cornell Institute of Occupational Education, Cornell University, Ithaca, NY  ERIC # ED