Robert J. Benson (Bar No. 155971)
robert.benson@dlapiper.com
DLA PIPER LLP (US)
2000 Avenue of the Stars, Suite 400
Los Angeles, CA 90067-4704
Phone: (310) 595-3000
Fax: (310) 595-3300

Darius C. Gambino – *admitted pro hac vice*
darius.gambino@dlapiper.com
DLA PIPER LLP (US)
1650 Market St., Suite 4900
Philadelphia, PA 19103
Telephone: (215) 656-3300
Facsimile: (215) 656-3301

Attorneys for Plaintiff
BOBRICK WASHROOM
EQUIPMENT, INC.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| BOBRICK WASHROOM EQUIPMENT, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN SPECIALTIES, INC., a New York Corporation,<br><br>Defendant. | CASE NO.: 10-6938 (SVW)/(PLA)<br><br>**TRIAL DECLARATION OF MARK LOUCHHEIM, PRESIDENT OF BOBRICK WASHROOM EQUIPMENT, INC.**<br><br>Judge: The Honorable Stephen V. Wilson<br><br>Action Filed: Sept. 17, 2010<br>Discovery Cutoff: Oct. 7, 2011<br>Trial Date: October 18, 2011 |

1. I, Mark Louchheim, am the President of Bobrick Washroom Equipment, Inc. ("Bobrick"), the Plaintiff in this action. Bobrick is a manufacturer and distributor of washroom products including washroom accessories, toilet partitions, soap dispensers and hand dryers. I have been the President of Bobrick since 1993.

2. Bobrick has been manufacturing and selling washroom products, such as soap dispensers, for over one hundred (100) years. Over that time, Bobrick has become an industry leader in the design and manufacture of washroom products and accessories.

3. Bobrick's founder, G.A. Bobrick, conceived the idea of the first liquid soap dispenser and was awarded a U.S. Patent for it in 1908. Over the next fifty (50) years, Bobrick sold millions of soap dispensers in the sanitary supply market.

4. In 1961, Bobrick introduced of a unique line of recessed stainless steel multi-purpose units. An entirely new concept in washroom equipment, the multi-purpose units combined various washroom accessories into a single space-saving cabinet. These new units dramatically improved the appearance of the washroom, made more efficient use of space and reduced installation and maintenance costs.

5. In 1986, Bobrick introduced its AirCraft® recessed and surface-mounted warm air hand and hair dryers, including the industry's first Underwriters Laboratories (UL) listed automatic hand dryer, featuring indestructible cast iron with vitreous enamel covers.

6. I have over twenty (20) years of experience in the manufacturing and distribution of washroom products. During that time, I have become familiar with the common practices in the washroom industry for marketing and selling washroom products and in the building industry for specifying such products, as described below. I have also become familiar with American Specialties, Inc. ("ASI"), as they are one of our competitors.

*Bobrick's Contura Series®*

7. Bobrick has been selling a line of washroom accessories called the Contura Series® since 1993. The Contura Series® includes various products such as towel dispensers, waste receptacles, sanitary napkin-tampon vendors and disposals, toilet tissue dispensers, toilet seat cover dispensers, and soap dispensers.

8. Prior to introducing the Contura Series®, Bobrick conducted significant market research and testing.

9. In 1989, Bobrick's senior management decided that they wanted to introduce a new line of washroom accessories which had an appearance which would differentiate Bobrick from its competitors. Bobrick's senior management also sought out to create a design for the product line which would be protectable and enforceable against all potential future infringers. Bobrick wanted to develop a line of products that would provide all restroom accessory amenities needed in a public restroom, namely, paper towel dispensers, waste receptacles, soap dispensers, sanitary napkin-tampon vendors, sanitary napkin disposals, toilet seat cover dispensers and toilet tissue dispensers. Such products were to be used throughout the restroom wherever such dispensers and disposals are needed including recessed in the wall adjacent to sinks, or surface-mounted inside toilet partitions. The goal of the design was to provide building owners and their architects with a line of restroom accessory products that were coordinated in design, material and finish, which looked alike and appeared as if they originated from a single source. To this end, Bobrick's senior management began working with industrial designers on a new product line design.

10. By 1991, Bobrick had many drawings of proposed new designs. Before selecting the final design for what would become the Contura Series®, Bobrick considered and rejected many alternative designs.

11. To ensure that the Contura Series® would be regarded as unique by consumers (e.g., building owners and their chosen architects) and would help

enhance Bobrick's image, Bobrick embarked upon a series of consumer tests/marketing studies of various designs. From these designs, Bobrick selected the particular design which was considered the most unique and aesthetically appealing, and this design became the Contura Series® (hereinafter the "Contura Series®"). Bobrick ultimately rejected all of the alternative designs because they did not convey the sophisticated and unique look that Bobrick was seeking. Those surveyed overwhelmingly perceived the Contura Series® as being different in appearance from any other washroom accessories.

12. From these drawings, Bobrick created prototypes which were reviewed and considered by Bobrick's senior management. In selecting this design, Bobrick's desire was to choose a design including elements that would combine to create a distinctive visual appearance.

13. In 1993, Bobrick introduced this revolutionary new series of washroom products which all shared the unique product configuration having a contoured front face in the shape of a convex arc when viewed from above (hereinafter the "Convex Arc"), and unique, ornamental features such as: (1) cabinets and doors including rounded edges and corners which match one another, and which are curved to complement the Convex Arc, (2) recessed cabinet flanges including rounded edges and corners which are curved to complement the Convex Arc, (3) partially exposed flanges behind the doors, (4) partially exposed flanges behind the waste receptacles, and (5) outward-facing surfaces formed of #4 satin finish stainless steel (collectively, the "Unregistered Contura Trade Dress"). Together, the Convex Arc and the Unregistered Contura Trade Dress form Bobrick's Contura Series Trade Dress (hereinafter the "Contura Series Trade Dress").

14. Since its introduction in 1993, the Contura Series® has been one of the top-selling products in Class A building projects.

15. Bobrick's sales of the Contura Series® have steadily increased since the product line's first introduction. In 2008, Bobrick's sales exceeded $7,350,000.00 in the United States.

*ASI's Roval Line*

16. I first became aware of ASI selling a line of washroom accessories in 2009 called the Roval Line. Like the Contura Series®, the Roval Line includes products such as towel dispensers, waste receptacles, sanitary napkin-tampon vendors and disposals, toilet tissue dispensers, toilet seat cover dispensers, and soap dispensers.

17. Both Bobrick and ASI sell washroom accessories and other washroom products, such as grab bars, mirrors, toilet partitions, hand dryers, shower seats, hooks, towel rings, towel bars, baby changing stations and child seats, through a network of sales representatives and distributors. Many of the distributors carry both Bobrick's and ASI's products.

18. Bobrick and ASI's ultimate customers are the commercial building owners who desire washroom accessories and equipment for their washrooms.

19. ASI's Roval Line products are substantially identical in appearance to Bobrick's Contura Series®, and are typically marketed as being less expensive than the Contura Series® products.

*The Sales Process For Washroom Accessories*

20. The sales process for washroom products begins when an architect drafts plans and specifications (the "Architect's Documents") identifying the type of washroom accessories to be included in a project. The architect may specify the manufacturer of such accessories by name or style (e.g., "Bobrick" or "Contura Series"), or by model number (e.g., "B-43944").

21. A general contractor then reviews the Architect's Documents, and sends requests for quotes or bids to distributors for the specified washroom

5

products. These requests for quotes typically apply to the washroom accessories and toilet partitions for the entire building project.

22. In response, the distributors provide quotes to the general contractor. If the name of a manufacturer or the style of accessories are specified by the general contractor (e.g., "Bobrick" or "Contura Series"), the distributor may attempt to substitute the washroom products of another manufacturer which are similar in appearance but which cost less to entice the general contractor to accept their quote (e.g., "Royal Line").

23. After receiving quotes from one or more distributors, the general contractor typically selects the distributor with the best price, or best price-quality combination. When a quote is accepted by the general contractor, the distributor places an order with the manufacturer (e.g., Bobrick), and the manufacturer sends an invoice (and in some cases the products) to the distributor. In some cases, the distributor receives an invoice, but the products are shipped to the building location. The invoices typically specify the distributor, the shipping address, the project name, the products sold, and pricing information.

24. Bobrick competes with many companies, including ASI, to have its washroom accessories placed in a particular building. Building owners have choices in this market, and since 1993, Bobrick has been very successful in getting architects to specify the Contura Series® in their building plans.

25. The Contura Series® has also been very profitable for Bobrick. The Contura Series® is the highest income generating line of washroom accessories for Bobrick, and sold more units in a shorter period of time than any of Bobrick's other lines.

26. Bobrick sells projects or jobs, not individual products to be mixed and matched with products searched from competitors. Accordingly, sales of Contura Series products are inseparable from the other products which form part of the

same project or job. ASI's Roval Line product sales are made in the same exact way.

*The Washroom Industry*

27. As both Bobrick and ASI have attended virtually all of the same trade shows since 1993, ASI has had ample time to study the Contura Series® and gauge the warm reception it has received in the washroom industry.

28. From 1993 to 2009, ASI had no washroom accessory line which had a curved front face or otherwise unique appearance, and thus no line that directly competed with the Contura Series®. The only lines that ASI was selling in this time period were its Profile, Simplicity, and Traditional lines, which all have substantially flat faces.

29. Bobrick has other competitors besides ASI in the washroom accessory industry including A&J Washroom, Bradley, Tork, and Georgia-Pacific. None of these competitors imitate or simulate the design or product configuration of the Contura Series Trade Dress. Thus, if a customer wanted the look of the Contura Series Trade Dress, they could only purchase such a product from Bobrick (and now ASI). Put simply, Bobrick would have made one hundred percent (100%) of the sales that ASI made with the Roval Line.

30. ASI's Roval Line products are competitive with Bobrick's Contura Series®, and are often sold by the same exact distributors. Bobrick and ASI share over five thousand (5,000) common distributors.

31. To my understanding, ASI has spent very little in advertising and marketing the Roval Line, primarily because Bobrick's extensive advertising and promotion of the Contura Series Trade Dress over the course of sixteen (16) years created an awareness within the industry. All ASI need say to customers is that it has a product which is 'the same' as Bobrick's Contura Series® which ASI offers at lower prices, and it has the ability to take sales from Bobrick.

32. The overall look and feel of ASI's Royal Line products are substantially identical to the look and feel of Bobrick's Contura Series® products. In particular, most all of the Roval Line Products copy the Contura Series Trade Dress, including the Convex Arc and the Unregistered Contura Trade Dress.

33. The products protected by the Contura Series Trade Dress include waste receptacles, napkin/tampon vendors, napkin/tampon disposals, paper towel dispensers, combined paper towel dispenser and waste receptacles, seat cover dispensers, and toilet tissue dispensers.

34. Bobrick has no current plans to expand the Contura Series® line. However, the Contura Series® line already includes all the same products as the Roval Line including waste receptacles, napkin/tampon vendors, napkin/tampon disposals, paper towel dispensers, combined paper towel dispenser and waste receptacles, seat cover dispensers, and toilet tissue dispensers. If the marketplace were to develop a need for another type of washroom accessory, it is highly likely that both companies would make a product to fulfill that need.

*The Present Lawsuit*

35. On or about September 17, 2010, I telephoned ASI's President (Peter Rolla) to give him notice of Bobrick's trade dress and unfair competition claims, and to offer ASI the opportunity to cease sales of the Roval Line. Mr. Rolla refused. Thus, it is my belief that ASI is willfully and knowingly infringing Bobrick's Contura Series Trade Dress.

36. During the telephone call, I asked Mr. Rolla if he would accept service of the Complaint. Mr. Rolla stated that he would not accept service. ASI then attempted to further forestall litigation of the matters raised in the Complaint by denying Bobrick's process server access to ASI's offices in Yonkers, New York.

37. It is my belief that ASI took a calculated business risk to copy and imitate the entire look and commercial impression of Bobrick's Contura Series Trade Dress.

38. It is also clear to me that, absent an injunction, ASI does not intend to cease sales of the Roval Line.

39. Bobrick has never licensed any third party to manufacture Contura Series® products, including ASI.

40. Bobrick's profit margin on Contura Series® products that correspond to the infringing ASI products here (i.e., the Roval Line products including the Contura Series Trade Dress) is approximately twenty percent (20%). Bobrick's profit margin on its products that correspond to ASI's complementary Roval Line products here (i.e., the Roval Line products which may or may not include the Contura Series Trade Dress, but which are sold as part of the same line) is approximately twenty-six percent (26%).

I declare under penalty of perjury that the foregoing is true and correct and this Declaration was made on October 11, 2011 in Los Angeles, California.

_____
Mark Louchheim
President – Bobrick Washroom Equipment, Inc.