Robert J. Benson (Bar No. 155971)
robert.benson@dlapiper.com
DLA PIPER LLP (US)
2000 Avenue of the Stars, Suite 400
Los Angeles, CA 90067-4704
Phone: (310) 595-3000
Fax: (310) 595-3300

Darius C. Gambino – *admitted pro hac vice*
darius.gambino@dlapiper.com
DLA PIPER LLP (US)
1650 Market St., Suite 4900
Philadelphia, PA 19103
Telephone: (215) 656-3300
Facsimile: (215) 656-3301

Attorneys for Plaintiff
BOBRICK WASHROOM
EQUIPMENT, INC.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| BOBRICK WASHROOM EQUIPMENT, INC., a California Corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>AMERICAN SPECIALTIES, INC., a New York Corporation,<br><br>    Defendant. | CASE NO.: 10-6938 (SVW)/(PLA)<br><br>**TRIAL DECLARATION OF ALAN GETTELMAN, VICE PRESIDENT – EXTERNAL AFFAIRS FOR BOBRICK WASHROOM EQUIPMENT, INC.**<br><br>Judge: The Honorable Stephen V. Wilson<br><br>Action Filed:      Sept. 17, 2010<br>Discovery Cutoff: Oct. 7, 2011<br>Trial Date:         October 18, 2011 |

1. I, Alan Gettelman, am the Vice President – External Affairs for Bobrick Washroom Equipment, Inc. ("Bobrick"), the Plaintiff in this action. I have held this position since July 1, 2011. Prior to that, I was Vice President of Marketing for Bobrick, and Director of Marketing for Bobrick from 1990-2011. I started working at Bobrick in October 1962.

2. Bobrick is a California corporation, having a principal place of business at 11611 Hart Street, North Hollywood, California 91605-5882.

3. Bobrick is a manufacturer and seller of various washroom equipment, such as paper towel dispensers, waste receptacles, soap dispensers, toilet tissue dispensers, sanitary napkin-tampon vendors and disposals, grab bars, mirrors and toilet partitions.

4. I have over twenty (20) years of experience in the manufacturing and distribution of washroom products. During that time, I have become familiar with the common practices in the washroom industry for selling washroom products. I have also become familiar with American Specialties, Inc. ("ASI"), as they are one of our competitors.

*The Contura Series Trade Dress Has Acquired Secondary Meaning*

5. In 1993, Bobrick introduced a revolutionary new series of washroom products which all shared the unique product configuration having a contoured front face in the shape of a convex arc when viewed from above (hereinafter the "Convex Arc"), and unique, ornamental features such as: (1) cabinets and doors including rounded edges and corners which match one another, and which are curved to complement the Convex Arc, (2) recessed cabinet flanges including rounded edges and corners which are curved to complement the Convex Arc, (3) partially exposed flanges behind the doors, (4) partially exposed flanges behind the waste receptacles, and (5) outward-facing surfaces formed of #4 satin finish stainless steel (collectively, the "Unregistered Contura Trade Dress"). Together,

the Convex Arc and the Unregistered Contura Trade Dress form Bobrick's Contura Series Trade Dress (hereinafter the "Contura Series Trade Dress").

6. The Contura Series® washroom products were a success with consumers (e.g., building owners and their architects) from the start due in part to the uniqueness of the Contura Series Trade Dress. Architects and building owners began to specify the Contura Series® in the first few months following its introduction in May 1993, and have since specified the Contura Series® in thousands of projects.

7. The Contura Series Trade Dress is purely aesthetic, and non-functional.

8. Bobrick introduced the Contura Series® by highlighting the Contura Series Trade Dress, thus distinguishing the series from the other leading washroom accessory lines. Since introduction, Bobrick has actively marketed and promoted the Contura Series® including the Contura Series Trade Dress in interstate commerce.

9. At the time the Contura Series® was introduced, there were no other washroom accessory lines on the market which included the features of the Contura Series Trade Dress, thus making the Contura Series® stand out from the competition.

10. Members of the washroom accessory market recognize the Contura Series® as coming from Bobrick because of the Contura Series Trade Dress. In fact, the Convex Arc of the Contura Series Trade Dress has been registered with the U.S. Patent and Trademark Office ("USPTO"), and is incontestable.

11. Bobrick has continuously and exclusively used the Contura Series Trade Dress in connection with the promotion, advertising, marketing, and sale of Contura Series® washroom accessories since 1993.

12. Beginning in 1993, Bobrick began aggressively marketing and advertising the Contura Series® in interstate commerce. In fact, Bobrick's first

3

product catalog including the Contura Series® included the statement "The World Is Not Flat" along with an image of sailing ships on the cover, in reference to the Contura Series® being revolutionary in the same way as when it was discovered that the world was not flat. As a result of this success, the Contura Series® products were soon being purchased by every Bobrick distributor in the United States.

13. The Contura Series Trade Dress has been prominently featured in Bobrick's advertising and marketing materials since 1993. From 1993 until today, Bobrick has spent well over two-million-six-hundred-thousand dollars ($2,600,000.00) on advertising displaying the Contura Series Trade Dress, and has sold over two-million-seven-hundred-thousand (2,700,000) units.

14. To advertise and promote the Contura Series®, Bobrick has participated in numerous washroom industry trade shows held throughout the United States. At these shows, Bobrick holds live demonstrations, displays posters depicting the Contura Series Trade Dress, and engages in other show-specific advertising. Bobrick also furnishes trade show attendees with a wide array of print marketing materials, including catalogs, brochures and flyers highlighting the Contura Series Trade Dress.

15. Separate and apart from trade shows, Bobrick specifically targets key decision makers within the washroom industry (e.g., architects, building owners, building managers) through a network of sales representatives to stimulate interest in the Contura Series®. These sales representatives make sales calls throughout the year on such key decision makers, and often provide them with the same marketing materials which are available at the trade shows.

16. Bobrick also markets and promotes the Contura Series® electronically. Bobrick's website (located at http://www.bobrick.com) contains detailed information about the Contura Series®, including photographs and written descriptions. The website also permits users to download or view online Technical

Data Sheets, CAD drawings, and other specification materials for the Contura Series® products.

17. Bobrick also markets and advertises the Contura Series® through industry publications, such as Architecture, Architectural Record, Architectural Products, Buildings, Building Design and Construction, Building Operating Management, BOMA, Construction Specifier, HQ, UrbanLand, Sanitary Maintenance, and Maintenance Sales News. Since 1993, Bobrick has spent over $564,000.00 on paid advertisements in such publications highlighting the Contura Series Trade Dress. Bobrick has also received independent media coverage of the Contura Series®.

18. Bobrick does not tout any utilitarian advantages of the Contura Series Trade Dress in its advertisements, because there are none to tout. Rather, Bobrick touts the aesthetic appeal of the Contura Series Trade Dress in all of its advertisements, using terminology like "distinctive arc and radius styling," "elegant, subtle arcs and radiuses."

19. The Contura Series Trade Dress has acquired secondary meaning through over seventeen (17) years of substantially continuous and exclusive use in interstate commerce.

20. Since 1993, Bobrick has enjoyed the goodwill associated with the Contura Series Trade Dress.

21. In 2003, Bobrick sought trademark protection for the Convex Arc of the Contura Series Trade Dress, and was granted U.S. Trademark Reg. No. 2,951,014 on such unique product configuration or about May 17, 2005 (hereinafter the "'014 Registration").

22. The '014 Registration became incontestable on July 26, 2010.

23. The '014 Registration was subject to a detailed examination at the U.S. Patent and Trademark Office ("USPTO"). Particularly, the application for the '014 Registration was filed on October 2, 2003, and was initially rejected by the

USPTO in an Office Action dated August 10, 2004. Bobrick responded, addressing all the Examining Attorney's grounds for rejection, and the application was allowed on February 2, 2005. The '014 Registration was published for opposition on February 22, 2005. After no oppositions to the '014 Registration were filed during the publication period, the '014 Registration issued on May 17, 2005.

24. Bobrick's market share in the washroom accessory market is over fifty percent (50%). Bobrick has an established place in the market, that ASI is trying to usurp with the introduction of the infringing Royal Series. I believe that Bobrick's place in the market relative to ASI is another factor which shows that the Contura Series Trade Dress has attained secondary meaning in the industry.

25. Contura Series® products are significantly higher priced than Bobrick's other product lines, such as the Classic Series and the TrimLine Series®. Despite this higher price point, Contura Series® products have sold extremely well for Bobrick over the years. In short, Bobrick has created a significant place in the market with the Contura Series®, at a premium price.

26. Companies other than ASI have attempted to copy the Contura Series Trade Dress, and Bobrick has always been quick to stop them. In 2004, Leeyes (one of the companies who produced the infringing Royal Line products for ASI here) tried to utilize the Contura Series Trade Dress in a soap dispenser design for a company called Impact. Bobrick contacted both Impact and Leeyes, and they desisted. In 2005, a company called Simex tried to utilize the Contura Series Trade Dress in a soap dispenser design. Bobrick contacted them, and they desisted. Finally, in 2006, Palmer was showing a soap dispenser at the ISSA Show which was strikingly similar to the Contura Series® soap dispenser. Bobrick asked Palmer to remove the dispenser from their booth, and they did. Bobrick also sent Palmer a cease and desist letter, and Palmer agreed to stop selling the infringing soap dispenser.

27.     I understand that John Glaze, an experienced distributor of washroom accessories who distributes both Bobrick and ASI products, has stated his belief that he thought the Royal Line was a Bobrick product, or should have been authorized by Bobrick.  I believe this is another factor which shows that the Contura Series Trade Dress has attained secondary meaning in the industry.

28.     Bobrick has conducted a consumer survey in this case, which resulted in 46.15% total confusion of customers, and 38.65% net confusion of customers.  I believe this is another factor which shows that the Contura Series Trade Dress has attained secondary meaning in the industry.

29.     Finally, ASI has intentionally copied the Contura Series Trade Dress. It is my understanding that ASI took Bobrick's Contura Series® products, and sent them to Taiwan and China to be copied.  I believe this is another factor which shows that the Contura Series Trade Dress has attained secondary meaning in the industry.

*Bobrick's Design Patents*

30.     In 1991 and 1992, Bobrick filed approximately eighteen (18) design patent applications to obtain protection for the aesthetic design of the Contura Series® products.

31. Throughout 1993, Bobrick was issued approximately eighteen (18) design patents covering the unique and aesthetic design of the Contura Series® products. All of these design patents included the Convex Arc feature as part of the claimed design, but also included other elements of the Contura Series Trade Dress, such as: (1) cabinets and doors including rounded edges and corners which match one another, and which are curved to complement the Convex Arc, (2) recessed cabinet flanges including rounded edges and corners which are curved to complement the Convex Arc, and (3) partially exposed flanges behind the waste receptacles. Exemplary images from the design patents are shown below:




32. The last of Bobrick's design patents covering the Contura Series® expired on or about December 14, 2007.

*ASI's Royal Line*

33. In October 2009, ASI introduced a line of washroom products which are strikingly similar to Bobrick's Contura Series® (hereinafter the "Roval Line").

34. At the time the Roval Line was introduced by ASI, Bobrick had been marketing and selling the Contura Series® for over sixteen (16) years.

35. Nearly all of the Roval Line products copy the Contura Series Trade Dress.

36. The images below show side-by-side comparisons of the Contura Series (left) and Roval Line (right) combined paper towel dispenser/waste receptacle, and napkin tampon vendor. The similarities between the Roval Line and Bobrick's Contura Series® are unmistakeable.



37. As can be seen in the images above, ASI's Roval Line is an almost identical copy of Bobrick's Contura Series®.

38. ASI first introduced the Roval Line in a Press Release dated September 28, 2009 which was posted on ASI's website.

39. ASI distributed brochures and other marketing materials on the Roval Line at the ISSA Interclean Trade Show in Chicago, Illinois, which took place from October 7-9, 2009 (the "ISSA Show").

40. At the time of the ISSA Show, ASI was aware that Bobrick had previously sought and obtained design patents and trademarks in connection with the Contura Series® products, and that Bobrick valued its intellectual property and other proprietary rights in the Contura Series®. Despite these facts, ASI failed to

perform a complete review of Bobrick's intellectual property assets before launching the Roval Line at the ISSA Show. If ASI had performed such a review, it would have identified the '014 Registration.

41. After several months of trying to obtain sample products from the Roval Line, Bobrick finally obtained such products on or about May 24, 2010, and began the process of examining them against the Contura Series® and the '014 Registration. Due to the sheer number of products copied, this process took several weeks to complete.

42. The Roval Line is priced over thirteen percent (13%) below the Contura Series® on average, thereby enticing customers to substitute the Roval Line products for Contura Series® products.

43. The Roval Line is inferior to the Contura Series® in several respects, including but not limited to, inconsistencies in the metal, doors which do not fit cleanly to the associated cabinet, locks which are not attached securely to the doors, and doors which exhibit substantial movement even when locked[1].

44. The Roval Line has a contoured face and overall appearance that is substantially identical to the Contura Series Trade Dress.

45. ASI distributes washroom products with the following model numbers as part of the Roval Line which include a product configuration identical to the Contura Series Trade Dress: 204684 (sanitary napkin and tampon dispenser), 204684-9 (sanitary napkin and tampon dispenser), 20030 (toilet tissue dispenser), 20031 (toilet tissue dispenser), 20477-SM (seat cover dispenser), 20826 (waste receptacle), 20852 (waste receptacle), 20210 (paper towel dispenser), 20452 (paper towel dispenser), 20458 (semi-recessed waste receptacle), 20470 (sanitary napkin disposal), 20469 (paper towel dispenser and waste receptacle), 204623 (paper

---

[1] ASI Roval Line products which have these deficiencies include: 204684 (sanitary napkin and tampon dispenser), 20210 (paper towel dispenser), 20469 (paper towel dispenser and waste receptacle), and 204623 (paper towel dispenser and waste receptacle).

towel dispenser and waste receptacle) and 20469-9 (paper towel dispenser and waste receptacle).

46. ASI has even gone so far as to reproduce Bobrick's instructions and illustrations from Bobrick's instruction label for the Contura Series®: 204684 (sanitary napkin and tampon dispenser) and 204684-9 (sanitary napkin and tampon dispenser) products.

47. ASI also copied the Bobrick pull-knob mechanism from Bobrick's Contura Series® sanitary napkin and tampon dispenser (Model No. B-43500) for its 204684 (sanitary napkin and tampon dispenser) and 204684-9 (sanitary napkin and tampon dispenser) products, thereby permitting the mechanism to be interchanged and operated in both the ASI and Bobrick cabinets.

48. ASI's Royal Line is a counterfeit reproduction of Bobrick's Contura Series® and the Contura Series Trade Dress. ASI is manufacturing, promoting, distributing and selling such counterfeit goods with the knowledge that such goods will be mistaken for the genuine high quality products which have been offered for sale by Bobrick since 1993. ASI's actions will result in the confusion of purchasers, who will believe that ASI's counterfeit Royal Line is sponsored by, or affiliated with, Bobrick.

49. ASI distributes its washroom products, including the Royal Line, through a network of independent sales representatives and distributors throughout the United States. Bobrick and ASI share the same channels of trade with respect to their washroom products, and in many cases share the same distributors.

50. Bobrick and ASI share common end customers, which include but are not limited to architects, general contractors, building developers, building owners and building managers.

51. ASI had knowledge of the Bobrick's Contura Series® prior to the development of the Royal Line.

*The Contura Series Trade Dress Is Not Functional*

52. The Contura Series Trade Dress is not essential to the use of the associated washroom accessories, nor does it affect the cost or quality of such washroom accessories. Put simply, the Contura Series Trade Dress is not cheaper to manufacture than other designs, and does not result in a higher quality as opposed to other designs.

53. The Contura Series Trade Dress yields no utilitarian advantage. To the extent a convex or curved surface yields some strength advantage over a flat surface, there are many alternative convex and/or curved surfaces which provide this same strength advantage. Some examples are Franke's Stratos Line, and Bradley's Diplomat Line.

54. Regardless of any functionality of the Convex Arc, the combination of unique and aesthetic features which comprises the Contura Series Trade Dress yields no utilitarian advantage when viewed as a whole. It is not important that one or two of the six (6) unique and ornamental features which comprise the Contura Series Trade Dress yield some utilitarian advantage; the combination of those features yields no utilitarian advantage.

55. Many alternative ornamental designs exist in the marketplace for washroom accessories, such that ASI did not need to copy the look and feel of the Contura Series Trade Dress to compete.

56. There are various alternative designs to the Contura Series Trade Dress. ASI's already sells some of those alternative designs as its Traditional, Simplicity and Profile lines. ASI's alleged 'Contour Line' from the 1960s is another alternative design. Competitors to Bobrick and ASI within the United States, such as A&J Washroom, Bradley, Tork, and Georgia-Pacific also offer alternative designs. Additionally, foreign competitors such as Franke, Brightwell, d Line, Wagner Ewar, Frost offer various alternative designs.

57. Several of these alternative designs include some type of curved face that has different features than the Contura Series Trade Dress. For example, competitive products from A&J Washroom Accessories, Inc. ("AJW") and Bradley Corporation ("Bradley") have front faces that are flat when viewed from above, with curved edges. A competitive product from Franke called "Stratos" has a curved face where the curve extends from the top of the product to the bottom (vertically), thus presenting a curved front face when viewed from the side. A competitive product from Tork (Aluminum Dispenser Line) also includes a curved face wherein the curve extends from the top of the product to the bottom (vertically), thus presenting a curved front face when viewed from the side. Products from Brightwell, d Line, Frost and Wagner Ewar also exhibit generally curved appearances without infringing upon Bobrick's trade dress rights.

58. In fact, Bradley recently released its Diplomat Series, which also includes curved front faces, with multiple directions of curvature. The Bradley Diplomat design is "dual curve" where an arc of curvature for both curves extends from the top of the product to the bottom.

59. Quite differently from the above-described designs, the Contura Series® includes the Convex Arc, which extends from the left side of the product to the right, and is uniform throughout the height of each panel. Also different from the above designs, the Contura Series® has (1) cabinets and doors including rounded edges and corners which match one another, and which are curved to complement the Convex Arc, (2) recessed cabinet flanges including rounded edges and corners which are curved to complement the Convex Arc, (3) partially exposed flanges behind the doors, (4) partially exposed flanges behind the waste receptacles, and (5) outward-facing surfaces formed of #4 satin finish stainless steel.

60. Besides alternative 'curved' designs, there also exist various other designs for washroom products which ASI could have chosen for the Royal Line, including generally flat-faced products.

61. Importantly, no other competitor of Bobrick and ASI offers a product with which includes all of the six (6) unique and ornamental features which comprise the Contura Series Trade Dress.

62. ASI's copying of the Contura Series® design permitted ASI to make virtually no investment in product design and development with respect to the Royal Line, and also allowed ASI to benefit from the substantial goodwill Bobrick has accumulated in the marketplace.

63. Bobrick's advertising does not tout any utilitarian advantages of the Contura Series Trade Dress.

64. A single Bobrick brochure from 1993 mentioned that the Convex Arc "added strength" (the "Brochure"). Another one-sheet advertising flyer from 1993 indicated that the Convex Arc made the product more "impact-resistant" (the "Sell Sheet"). However, these claims were quickly removed and withdrawn by Bobrick when it determined that they were not supported by testing or independent evaluation. The statements never appeared again in the last eighteen (18) years of Contura Series® advertising.

65. Further, Bobrick has spent well over $2,600,000.00 advertising the Contura Series Trade Dress since 1993. The advertising cost of the Brochure including the "added strength" statement was approximately $99,000.00. The advertising cost of the Sell Sheet including the "impact-resistant" statement was approximately $7,000.00. Put simply, the costs of the Brochure and Sell Sheet were no more than 4.1% of the total advertising expense for the Contura Series®. The Brochure was eight (8) pages total, and the "added strength" statement only appeared on one of those pages in small print. The Sell Sheet was a single page, and the "impact-resistant" statement only appeared on the reverse side in small

print. Moreover, the Sell Sheet was only provided to Bobrick's sanitary supply industry sales representatives, to be used on sales calls. The advertising expense associated with the Brochure and the Sell Sheet was minimal in the grand scheme of Bobrick's overall advertising effort, and had no impact on Bobrick's customers, especially since the Contura Series® was designed and priced for prestige buildings, and not buildings that experience vandalism.

66. The Contura Series Trade Dress is the result of an expensive and complicated method of manufacture. In order to form the Convex Arc, the stainless steel must be 'drawn.' The 'drawing' process is much more expensive than the stamping process used to form flat-faced stainless steel accessories. Furthermore, the rounded corners and edges are more difficult and expensive to form than a ninety degree (90) edge because they require special tooling.

67. In short, the Contura Series Trade Dress is more expensive to produce than other flat-faced washroom accessories. This is because: (a) the doors and front faces of the accessories must be formed by a 'deep draw' manufacturing process, (b) thicker gauge, more expensive stainless steel is required to withstand the 'deep draw' manufacturing process to avoid an "oil canning" effect, and (c) the stainless steel must be trimmed after the 'deep draw' process in a secondary trimming operation with specific trimming dies, resulting in excess (expensive) scrap metal.

68. Bobrick's manufacturing of Contura Series® products (including the Contura Series Trade Dress) is more expensive in both tooling and unit cost than other (flat-faced) products which provide the same basic functions (e.g., dispensing towels, holding waste, etc.). If Bobrick wanted to provide a washroom product with added strength or improved durability, it would do so through the use of heavier gauge steel (e.g., 16 gauge instead of 22 gauge). For example, 16 gauge (.058" to .065") stainless steel is actually twice the thickness of 22 gauge (0.029" to 0.032"), and requires no special equipment or tooling. This is the manner in

which most all washroom accessory manufacturers provide added strength and/or improved durability to their products.

### ASI's Arguments Regarding The Contour Line

69. In this case, ASI has referenced a 'Contour Line' of products it claims to have marketed and sold in the 1960s. I am personally not aware of when ASI started or stopped selling the 'Contour Line,' or whether ASI ever sought trademark protection for the term 'Contour Line.' While I was working for Bobrick during the time period when ASI alleges that the 'Contour Line' was released (the late 1960s), I did not recall the existence of the line prior to seeing the materials produced by ASI in this litigation. Upon seeing those materials, I did vaguely recall the product, and that the product was not on the market very long.

70. In 2005, when Bobrick applied for the trademark/trade dress rights that eventually issued as '014 Registration, I had no knowledge of the 'Contour Line,' and to my knowledge, neither did anyone else at Bobrick.

71. If anything, the 'Contour Line' appears to be an alternative, non-infringing, design with respect to the Contura Series Trade Dress. In particular, the 'Contour Line' appears to have a flat face with curved edges, as opposed to a "convex front face when viewed from above." It is my understanding that the existence of alternative designs is a factor which goes against functionality of the design.

### Damages Considerations

72. The development and market testing related to the Contura Series® alone was upwards of $1,500,000.00, and these costs were incurred before a single product was sold. As I noted above, Bobrick has subsequently spent over $2,600,000.00 advertising the Contura Series Trade Dress, and creating a market for the product.

73. In order to rectify the damage that ASI has caused with its infringing Roval Line, Bobrick will need to carry out a corrective advertising campaign.

74. Bobrick estimates that such corrective advertising campaign will cost approximately $200,000. This figure is based on a per page advertising cost in Architectural Record of approximately $10,000.00, and Bobrick's estimation that it will take approximately twenty (20) advertisements to correct the damage caused by ASI's infringing Royal Line.

75. The corrective advertising figure posited by Bobrick's expert (of $50,015.00) is based entirely on ASI's Royal Line advertising. ASI had a lower advertising spend for the Royal Line because Bobrick had already created a market through over seventeen (17) years of Contura Series® advertising. Put simply, ASI does not need to advertise to make Royal Line sales, it simply makes reference to the well-known Contura Series® products, and alleges that the Royal Line products are the same. Thus, it would be entirely inappropriate to base Bobrick's corrective advertising award here on ASI's advertising.

I declare under penalty of perjury that the foregoing is true and correct and this Declaration was made on October 11, 2011 in Los Angeles, California.

_____
Alan Gettelman
Vice President – External Affairs
Bobrick Washroom Equipment, Inc.