1  DRINKER BIDDLE & REATH LLP
   Henry Shields, Jr. (State Bar No. 62765)
2  Pamela K. Graham (State Bar No. 216309)
   1800 Century Park East, Suite 1400
3  Los Angeles, CA  90067-1517
   Telephone:   (310) 203-4000
4  Facsimile:    (310) 229-1285
   henry.shields@dbr.com
5  pamela.graham@dbr.com

6  [Additional counsel on following page]

7  Attorneys for Defendant and Counterclaimant
   American Specialties, Inc.
8

9              UNITED STATES DISTRICT COURT

10             CENTRAL DISTRICT OF CALIFORNIA

11                    WESTERN DIVISION

12

13 BOBRICK WASHROOM                    Case No. CV-10-6938-SVW (PLAx)
   EQUIPMENT, INC., a California
14 Corporation,                        **WITNESS STATEMENT OF DR.
                                       STEVEN R. SCHMID**
15              Plaintiff,

16       v.

17 AMERICAN SPECIALTIES, INC., a
   New York Corporation,
18
                Defendant.
19                                     Date:
   AMERICAN SPECIALTIES, INC., a       Time:
20 New York Corporation,               Judge:
                                       Dept.:
21              Counterclaimant,

22       v.                            Action Filed:       Sept. 17, 2010
                                       Discovery Cutoff:   Oct. 4, 2011
23 BOBRICK WASHROOM                    Pretrial Conference: None Set
   EQUIPMENT, INC., a California       Trial Date:         Oct. 18, 2011
24 Corporation,

25              Counter-Defendant.

26

27

28

| | |
|---|---|
| 1 | DRINKER BIDDLE & REATH LLP |
| 2 | Darren S. Cahr (Admitted *Pro Hac Vice*) |
|   | 191 N. Wacker Dr., Suite 3700 |
| 3 | Chicago, IL  60606-1698 |
|   | Telephone:   (312) 569-1000 |
| 4 | Facsimile:    (312) 569-3000 |
|   | darren.cahr@dbr.com |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

1. My name is Dr. Steven R. Schmid and I am a licensed professional engineer in the State of Illinois, with a Ph.D. in Mechanical Engineering. I graduated from Illinois Institute of Technology in 1986 with a Bachelor of Science degree in Mechanical Engineering. I received a Master of Science degree in Mechanical Engineering from Northwestern University in 1989, and a Ph.D. in Mechanical Engineering from Northwestern University in 1993. I have taught engineering design at the University of Notre Dame for over seventeen (17) years, and have written many textbooks in the area of mechanical engineering design. Among these books are *Fundamentals of Machine Elements*, *Manufacturing Processes for Engineering Materials*, and *Manufacturing Engineering and Technology*. I have also written chapters in at least six other engineering books. I have written at least 37 peer-reviewed journal papers, 33 conference papers, and published at least 74 conference or symposium papers. I have been issued two U.S. Patents in my field of study, and have applied for three more patents. I have been invited to give 31 lectures and seminars. A full copy of my CV is attached as ASI Exhibit 179.

2. I have been given awards for my research and papers from the American Society of Mechanical Engineers and Society of Manufacturing Engineers. My paper, "Formability of Porous Tantalum Sheet Metal" was recently given an "outstanding paper" award at the North American Manufacturing Research Conference. This award is given to the top three papers at the conference; 90 papers competed for this award. I have also been honored with the Kaneb Teaching Award (twice), the Ruth and Joel Spira Award for Excellence in Teaching, the Newkirk Award, the John T. Parsons Outstanding Young Manufacturing Engineer award, the Tau Beta Pi Excellence in Teaching Award, and as a Kaneb Center Faculty Fellow, among many others honors. I am a member of many engineering societies, and hold leadership roles in the *Journal of Manufacturing Science and Engineering*, *Advances in Mechanical Engineering*, the American Society of Mechanical Engineers, the American National Standards

WITNESS STATEMENT OF DR. STEVEN R. SCHMID

1  Institute, the Society of Tribologists and Lubrication Engineers, the Society of
2  Manufacturing Engineers, the Society of Automotive Engineers, the National
3  Science Foundation, the International Tribology in Manufacturing Research
4  Group, the Manufacturing Engineering Society International, and the Metal
5  Powder Industries Federation.
6  3.     In addition to my duties as a professor, I am the president of Golden Dome
7  Engineering, a company that provides general consulting services in the areas of
8  manufacturing and design.  My duties there include leading product development.
9  4.     I have analyzed Bobrick's line of Contura products, and my methodology
10 and the conclusions of my analysis follow.
11 5.     The use of a curved surface on Bobrick's line of curved-face Contura
12 products serves a functional purpose compared to a flat surface.  In plain English, it
13 is a fundamental principle that a curved surface confers a strength and stiffness
14 advantage over a flat surface.  In scientific terms, it is fundamental from the
15 mechanics of solids that increasing the second moment of area, also called the
16 moment of inertia, results in an increased ability of a cross section to support
17 bending loads.  Thus, loads applied toward the top of any mounted (or curved)
18 object are better able to be withstood without excessive deformation than would be
19 the case if the same loads or force were applied to a flat surface.  Away from the
20 edges, a load or force applied to the curved surface results in membrane stresses
21 that provide greater stiffness than a flat surface can.  The use of the curved face
22 means that the areas where curved faces have been used in the Contura products are
23 stronger and more durable than an otherwise identical product would be if a flat
24 face were used in the same areas.
25 6.     It is my opinion that a curved front face on washroom products is functional
26 because such a front face increases the strength and stiffness of the product
27 (strength being desirable characteristics in a commercial washroom product).
28 Bobrick acknowledges this, as several of Bobrick's advertisements for its Contura

products advertise the increases in strength and durability of the Contura products as a selling point. (ASI Ex. Nos. 55, 59, 60, 61, 233).

Executed this 11th day of October, 2011, at 4:30 pm.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____
Steven Schmid

- 3 -