1  DRINKER BIDDLE & REATH LLP
   Henry Shields, Jr. (State Bar No. 62765)
2  Adam J. Thurston (State Bar No. 162636)
   1800 Century Park East, Suite 1400
3  Los Angeles, CA 90067-1517
   Telephone: (310) 203-4000
4  Facsimile:  (310) 229-1285
   henry.shields@dbr.com
5  adam.thurston@dbr.com

6  DRINKER BIDDLE & REATH LLP
   Darren S. Cahr (Admitted *Pro Hac Vice*)
7  191 N. Wacker Dr., Suite 3700
   Chicago, IL 60606-1698
8  Telephone: (312) 569-1000
   Facsimile:  (312) 569-3000
9  darren.cahr@dbr.com

10 Attorneys for Defendant and Counterclaimant
   American Specialties, Inc.
11

FILED
CLERK U.S. DISTRICT COURT
AUG 15 2012
CENTRAL DISTRICT OF CALIFORNIA
                              DEPUTY

Priority ___
Send ___
Enter ___
Closed ___
JS-5/JS-6 ✓
JS-2/JS-3 ___
Scan Only ___

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| BOBRICK WASHROOM EQUIPMENT, INC., a California Corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AMERICAN SPECIALTIES, INC., a New York Corporation,<br><br>　　　　Defendant. | Case No. CV-10-6938-SVW (PLAx)<br><br>**[PROPOSED] JUDGMENT PURSUANT TO RULE 54(b) OF THE FEDERAL RULES OF CIVIL PROCEDURE** |

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
LOS ANGELES

LA01/ 1155969.1

[PROPOSED] JUDGMENT

1  The Court, having issued Findings of Fact and Conclusions of Law (Dkt. No.
2  312) following a bench trial in the above-captioned matter, and having found
3  defendant American Specialties, Inc. ("ASI") not liable on all claims asserted in the
4  First Amended Complaint For Trademark Infringement And Unfair Competition
5  (Dkt. No. 48) (the "Amended Complaint") filed by plaintiff Bobrick Washroom
6  Equipment, Inc. ("Bobrick"), and having further found that there is no just reason
7  for delay in entering final judgment on the Amended Complaint,

8  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff
9  Bobrick Washroom Equipment, Inc. shall take nothing by way of its Amended
10 Complaint.

11 IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED that
12 judgment is hereby entered in favor of defendant ASI and against Plaintiff Bobrick
13 on all claims in the Amended Complaint.

14 IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED that
15 Bobrick's United States Trademark Registration Number 2,951,014 is invalid. The
16 United States Patent and Trademark Office is directed to cancel United States
17 Trademark Registration Number 2,951,014.

18 This Judgment shall be entered by the clerk of the court forthwith.

20 Dated: 8/15/12

United States District Court Judge